**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FRANKLIN L. CHANCE,
ADC #132313                                                                                          PLAINTIFF

v.                               2:12-cv-00228-DPM-JTK

RAY HOBBS, et al.                                                                                 DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Complaint, it now appears to the Court that service is appropriate for Defendants Burl, Rolfe, Ester, and Cody. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Burl, Rolfe, Ester, and Cody. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 2) and summons on Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE