IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FRANKLIN L. CHANCE** **PLAINTIFF**
**ADC #132313**

v.  No. 2:12-cv-228-DPM-JTK

**RAY HOBBS, Director, ADC; LARRY MAY,**
**Chief Deputy Director, ADC; LISA WILKENS,**
**Attorney Supervisor, ADC; DANNY BURL, Warden,**
**East Arkansas Regional Unit, ADC; CURTIS L. ROLFE, III;**
**LATHAN ESTER; DEQUINCEY SMITH, Program Specialist,**
**East Arkansas Regional Unit, ADC; TAMEKA CODY,**
**Disciplinary Server, East Arkansas Regional Unit, ADC; and**
**JADA LAWRENCE, Assistant to the Director,**
**Arkansas Department of Correction** **DEFENDANTS**

### ORDER

The Court has reviewed *de novo*, FED. R. CIV. P. 72(b)(3), Magistrate Judge Kearney's recommended partial disposition, *Document No. 4*, and Chance's objections, *Document No. 6*. The Court overrules the objections and adopts the recommendation. On Hobbs and May, Chance's objections about their role do not get past Judge Kearney's analysis. On Wilkens and Smith, the Constitution does not guarantee that the State's post-deprivation remedy will always reach the result the claimant hopes for.

Recommendation, *Document No. 4*, adopted.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

7 February 2013