**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FRANKLIN L. CHANCE,                                                                                  PLAINTIFF
ADC #132313

v.                                          2:12CV00228-DPM-JTK

RAY HOBBS, et al.                                                                                    DEFENDANTS

### **ORDER**

Defendants shall file a Response to Plaintiff's Motion to Amend (Doc. No. 18) within ten days of the date of this Order.

Dated this 15th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE