**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

FRANKLIN L. CHANCE,                                                                          PLAINTIFF
ADC #132313

v.                                                    2:12CV00228-DPM-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

## ORDER

Defendant Danny Burl, through his attorney, has answered and supplied his correct name

(Doc. No. 8). The Clerk is directed to change the style of the case to reflect the correct name of this

Defendant.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE