IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANKLIN L. CHANCE                                                    PLAINTIFF
ADC #132313

v.                                    No. 2:12-cv-228-DPM

RAY HOBBS, Director, ADC; LARRY MAY,
Chief Deputy Director, ADC; LISA WILKENS,
Attorney Supervisor, ADC; DANNY BURL,
Warden, East Arkansas Regional Unit, ADC;
CURTIS L. ROLFE, III; LATHAN ESTER;
DEQUINCEY SMITH, Program Specialist,
East Arkansas Regional Unit, ADC; TAMEKA
CODY, Disciplinary Server, East Arkansas
Regional Unit, ADC; and JADA LAWRENCE,
Assistant to the Director, ADC                                       DEFENDANTS

JUDGMENT

Chance's retaliation claims against Burl, Ester, and Cody are dismissed

without prejudice.  All of Chance's other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_15 January 2014_____